AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the

**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

### EASTERN DISTRICT OF ARKANSAS

JUN – 6 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **GREGORY MARCHELLO GIBSON** | ) | Case No:  4:05CR00051 JLH |
| | ) | USM No:  23870-009 |
| Date of Previous Judgment:  January 10, 2007 | ) | Jerome Kearney - appointed February 22, 2008 |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____**72**_____ months **is reduced to** _____**63 MONTHS**_____ .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: | 26 | |
| Criminal History Category: | III | |
| Previous Guideline Range:  78 to 97 months | | |

| | | |
|---|---|---|
| Amended Offense Level: | 24 | |
| Criminal History Category: | III | |
| Amended Guideline Range:  63 to 78 months | | |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  January 10, 2007  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  _____June 6, 2008_____

Effective Date:  _____June 6, 2008_____
(if different from order date)

_____
Judge's signature

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title